STATE OF NEW JERSEY v. ROBERT LEE BRANCH.

January 24, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL WOULFE.

January 24, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JULIA BUTLER, A/K/A
NATHANIAL BUTLER.

January 24, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. QUINCY SPRUELL,
A/K/A QUINCY SPRUILL.

January 24, 1989.

Petition for certification denied.